Argued and submitted May 27, affirmed December 17, 2003

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD WADE CHRISTIAN,
*Appellant.*

CF000042; A113861

81 P3d 711

Steven V. Humber, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Laura S. Anderson, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Burney*, 191 Or App 227, 82 P3d 164 (2003).